UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAIME D. CHAVIRA,

    Petitioner,                     No. C 08-5692 PJH (PR)

  vs.                                **ORDER OF DISMISSAL**

BEN CURRY, Warden,

    Respondent.
_____/

    This pro se habeas action was filed on December 19, 2008. On that same day the court notified petitioner that his application for leave to proceed in forma pauperis was deficient in that he had not completed page five of the form, the "Certificate of Funds in Inmate Account," nor had he provided the printout of transactions in his inmate account required by 28 U.S.C. § 1915(a)(2). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or remedy the deficiencies within thirty days the case would be dismissed. No response has been received.

    This case therefore is **DISMISSED** without prejudice. The clerk shall close this file.

    **IT IS SO ORDERED.**

Dated: March 3, 2009.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

G:\PRO-SE\PJH\HC.08\CHAVIRA5692.DSM-IFP.wpd